No. 75–845. PENNSYLVANIA *v.* MCCUTCHEN. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied, it appearing that the judgment below rests on adequate state grounds.

No. 75–851. BOMBARD, CORRECTIONAL SUPERINTEND-ENT *v.* WASHINGTON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–854. TRANS WORLD AIRLINES, INC. *v.* HUGHES TOOL CO. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 75–893. SULMEYER ET AL., TRUSTEES IN BANK-RUPTCY *v.* COCA COLA CO. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL and MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–899. UNIVERSITY OF DELAWARE *v.* KEEGAN ET AL. Sup. Ct. Del. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE BLACKMUN would grant certiorari. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. :

No. 75–923. CONSTRUCTION INDUSTRY ASSOCIATION OF SONOMA COUNTY ET AL. *v.* CITY OF PETALUMA ET AL. C. A. 9th Cir. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 75–5626. LIPSCOMB *v.* UNITED STATES. C. A. 6th Cir. Certiorari and other relief denied.